

**HINSHAW & CULBERTSON LLP**
**ATTORNEYS AT LAW**

800 Third Avenue
13th Floor
New York, NY 10022

Samantha R. Millar
smillar@hinshawlaw.com

212-471-6200
212-935-1166 (fax)
www.hinshawlaw.com

MEMO ENDORSED

August 31, 2022

**VIA ECF**
The Honorable Kenneth M. Karas
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re:    **Moshe Shkore v. Specialized Collection Systems, Inc.,** *et al.*
           **Index No. 7:22-cv-00085-KMK**

Dear Judge Karas:

    We represent Defendant Specialized Collection Systems, Inc. ("SCS" or "Defendant") in the above-referenced action. We write to respectfully request an adjournment of the Initial Conference in this matter, which is presently scheduled for September 8, 2022 at 10:00 a.m. The instant adjournment is requested because the undersigned counsel has a conflict due to depositions scheduled in a different matter on the same day.

    This is the first request for an adjournment of this conference, and plaintiff's counsel, Adam Fishbein, consents to this request. Plaintiff and SCS are available on September 12th and September 15th, or on another date convenient to the Court.

    We thank the Court for its consideration herein.

                                            Respectfully submitted,

                                            HINSHAW & CULBERTSON LLP
                                            *Attorneys for Defendant*
                                            *Specialized Collection Systems, Inc.*

                                            /s/ *Samantha R. Millar*
                                            Samantha R. Millar, Esq.

Cc:    **VIA ECF**
          All counsel of record

*Granted. The Court will hold a teleconference on September 21, 2022 at 11:00 AM*

SO ORDERED

KENNETH M. KARAS U.S.D.J.
9/1/2022

1

1051904\311485534.v1