**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW

735 Central Avenue
Woodmere, New York 11598

MEMO ENDORSED

Telephone (516) 668-6945

September 20, 2022

**VIA ECF**
The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

RE:   Shkore v. Equifax et al
       22 CV 85 (KMK)

Dear Judge Karas:

I represent the plaintiff and respectfully inform the Court that this matter has been resolved as it concerns defendant Specialized on even date. The parties are commencing to work on the settlement agreement and request forty-five days to submit a stipulation of discontinuance. We request that the conference scheduled for September 21, 2022 be adjourned.

Thank you for the Court's consideration of the foregoing.

Yours faithfully,

/s/
Adam J. Fishbein

Cc: Counsel of Record

Granted.

SO ORDERED
KENNETH M. KARAS U.S.D.J.
9/20/22